

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                    |     |                            |
| ---------------------------------- | --- | -------------------------- |
|                                    | §   |                            |
| THE STATE OF TEXAS,                |     | No. 08-24-00235-CR         |
|                                    | §   |                            |
| Appellant,                         |     | Appeal from the            |
|                                    | §   |                            |
| v.                                 |     | County Court at Law No 7   |
|                                    | §   |                            |
| JACQUELINE TERESA SANCHEZ,         |     | of El Paso County, Texas   |
|                                    | §   |                            |
| Appellee.                          |     | (TC# 20240C02992)          |
|                                    | §   |                            |
|                                    | §   |                            |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of August 2025.

PER CURIAM

Before Barajas, C.J. (Senior Judge), Palafox and Soto, JJ.
Barajas, C.J. (Ret.), sitting by assignment